FITZGERALD KNAIER LLP
   Robert G. Knaier, Esq. (SBN: 234466)
   rknaier@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

HILL, KERTSCHER & WHARTON, LLP
   Douglas R. Kertscher, Esq. (GA SBN: 416265) (*Pro Hac Vice*)
   drk@hkw-law.com
   Martha L. Decker, Esq. (GA SBN: 420867) (*Pro Hac Vice*)
   md@hkw-law.com
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30338
Tel: (770) 953-0995
Fax: (770) 953-1358

Attorneys for Defendant Vehicle Agency, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John Stone**,<br><br>            Plaintiff,<br>v.<br><br>**AT&T Services, Inc.**, a corporation; **Vehicle Agency, LLC**, a limited liability company; and Does 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:18-cv-02028-GPC-MSB<br><br>**DECLARATION OF DOUGLAS R. KERTSCHER IN SUPPORT OF DEFENDANT VEHICLE AGENCY, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed and served concurrently with Notice of Motion and Motion, Separate Statement of Undisputed Facts, and Declaration of Douglas R. Kertscher]<br><br>**Hearing Date: November 15, 2019**<br>**Time: 1:30 p.m.**<br>**Courtroom: 2D** |

I, Douglas R. Kertscher, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Georgia, and am a partner at Hill, Kertscher & Wharton, LLP, counsel of record for Defendant Vehicle Agency, LLC ("Vehicle") in this action. If called upon, I could and would testify to the facts set forth below based upon my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the June 13, 2019 Deposition of Vehicle Agency, LLC (Jeff Gough).

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the May 1, 2019 Deposition of AT&T Services, Inc. (Shannon Grizzell).

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the June 14, 2019 Deposition of Plaintiff John Stone.

5. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 2 to the Deposition of Vehicle Agency, LLC.

6. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 3 to the Deposition of Vehicle Agency, LLC.

7. Attached hereto as **Exhibit F** is a true and correct copy of Plaintiff's March 5, 2019 Responses to Defendant Vehicle Agency's Special Interrogatories.

8. Attached hereto as **Exhibit G** is a true and correct copy of cell phone records for the telephone number 858-610-6881 for the period from April 8, 2017 to December 31, 2019. These records were produced by non-Party T-Mobile in this litigation in response to a subpoena dated March 13, 2019, served by Plaintiff's counsel.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the transcript of the June 19, 2019 Deposition of non-Party T-Mobile US, Inc.

10. I am familiar with the documents produced by Plaintiff's counsel during the course of this litigation.

11. In discovery, Plaintiff produced photographs of 112 distinct message waiting indicators, dated between September 16, 2017 and September 15, 2018.

12. Each message waiting indicator is identical except for the date and time "received", and the "expires on" date and time.

13. Exhibit 3 to the Deposition of Vehicle Agency, LLC is one of the 112 message waiting indicators produced in discovery by Plaintiff, produced by Plaintiff with the file name IMG_1782.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2019.

*/s/ Douglas R. Kertscher*
Douglas R. Kertscher