Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STONE, | Case No.: 3:18-cv-02028-GPC-MSB |
| Plaintiff, | **Declaration of John Stone in Support of His Opposition to Defendant Vehicle Agency LLC's Motion for Summary Judgment** |
| v. | |
| AT&T SERVICES, INC., a corporation; VEHICLE AGENCY, LLC, a limited liability company; and Does 1 through 10, inclusive, | Date: November 15, 2019<br>Time: 1:30 p.m.<br>Ctrm.: 2D |
| Defendants. | The Hon. Gonzalo P. Curiel |

I, John Stone, hereby declare that:

1) I have personal knowledge of each matter set forth in this Declaration. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

2) I am the Plaintiff in this action.

3) At all times relevant I resided with my partner Li Ting Kuang in San Diego, California.

4) At all times relevant Ms. Kuang was a subscriber to AT&T for internet services and I was not.

5) At all times relevant I was the owner of a Motorola Razor Flip-Phone with phone number 858-610-6881. My cell phone provider was T-Mobile.

6) In or around February 2017 the internet service of Ms. Kuang was unexpectedly disconnected. I called an 800 number to reconnect and when speaking with an AT&T representative, they informed me they were no longer going to support Ms. Kuang's service plan and she had to switch her plans.

7) At no time did I sign any paperwork with AT&T. The account was in the name of Ms. Kuang only.

8) I did not provide verbal consent for AT&T or its agents, including Vehicle Agency, to contact me with an Automatic Telephone Dialing System (ATDS).

9) I did not provide written consent for AT&T or its agents, including Vehicle Agency, to contact me with an ATDS.

10) At some point AT&T obtained my phone number. I do not know how they obtained my phone number. I do not recall providing it to AT&T. I do not recall AT&T informing me to expect a text message.

11) In or around March 2017 an AT&T service representative came to our residence. It was an inconvenient time and the representative left before completing the installation. AT&T did not upgrade Ms. Kuang's service but the old service worked nevertheless. Therefore, it was apparently not necessary for AT&T to cut Ms. Kuang's service and require the upgrade. AT&T's previous representation that Ms. Kuang had to switch plans was not accurate.

12) In or around March 2017 I started receiving text messages to my cell phone. The messages came from short code 73303 and had the subject "AT&T Service Reminder." Each message had a different date received and a different expiration date. I took a photo of each message that I saved on my phone. I was not able to retain all messages as the memory of my phone was limited. I did manage to save 111 messages. Attached as Exhibit 1 to this

Declaration of John Stone in Support of His Opposition to Defendant Vehicle Agency LLC's Motion for Summary Judgment

1 | declaration are true and correct copies of the messages that I retained on my phone.

2 |     13) The first message was sent March 2, 2017 and the last message was sent September 15, 2018. I received at least one message per day and on some days I received up to four messages (for example see messages 5-8 on February 22, 2018). The messages would come during the early morning, day and night. I had to turn my phone off at night to stop the messages. On an average day I received three messages. I received messages for 563 days. I estimate the total amount of messages received was at least 1,689. The messages were sent by Vehicle Agency on behalf of AT&T.

    14) The messages were not waiting indicators from T-Mobile. Each message came from a short code associated with Vehicle Agency and were an AT&T Service Reminder.

    15) Because the messages did not stop I contacted AT&T to tell them to stop. The first time I contacted AT&T to tell them to stop sending the messages was approximately May 2017. I specifically told AT&T to stop sending the messages. When the messages continued I made further contacts with AT&T and spoke to various representatives. I recall some of the names of the individuals I spoke with from AT&T's executive office. It included Colleen, Brenda, Kelli, Teresa and Cheri. In the conversations the representative would state they would look into the situation. At no time did they deny sending the messages.

    16) The messages were a great disturbance to me. I decided that I would reach out to the CEO of AT&T, Randall Stephenson to see if he could get the messages to stop. I found Mr. Stephenson's address online. In or around December 2017 I sent him a Christmas card. In the card I explained that I wanted the messages to stop. I did not receive a response and the messages continued into 2018. I did not make a copy of the card as I did not expect this would turn into a court case.

    17) In or around late 2017 I also called T-Mobile. I described the messages that I was receiving and explained the situation. The representative from T-Mobile stated that they could not do anything on their end and I needed to contact the company sending the messages to get them to stop.

    18) When all my efforts to get the messages to stop failed I then retained counsel

3
Declaration of John Stone in Support of His Opposition to Defendant Vehicle Agency LLC's Motion for Summary Judgment

and filed this action. Soon after I filed this action the messages stopped. I did not do anything different with my phone that would have caused the messages to stop. I also did not contact T-Mobile regarding the messages after the lawsuit was filed. The only change between when I was receiving the messages and when they stopped was the filing of the lawsuit.

19) The messages indicated they were from AT&T. After suit was filed I learned that they were being sent by AT&T's agent, Vehicle Agency.

20) The messages were an annoyance and interrupted my life. I was frustrated and aggravated.

21) My case is based on the initial message that was sent as well as all the other ones that followed.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on 8-30- , 2019 at SAN DIEGO , California

JOHN STONE